**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| MARC WATERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:21-cv-00539-LPS |
| v. | ) |
| | ) |
| CANTEL MEDICAL CORP., CHARLES M. DIKER, GEORGE L. FOTIADES, ALAN R. BATKIN, ANN E. BERMAN, MARK N. DIKER, ANTHONY B. EVNIN, LAURA FORESE, RONNIE MYERS, PETER PRONOVOST, KAREN N. PRANGE, STERIS PLC, SOLAR NEW US HOLDING CO, LLC, and CRYSTAL MERGER SUB 1, LLC, | ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: May 18, 2021                                **RIGRODSKY LAW, P.A.**

                                                      By:  */s/ Gina M. Serra*
                                                                        Seth D. Rigrodsky (#3147)
                                                                        Gina M. Serra (#5387)
                                                                        Herbert W. Mondros (#3308)
                                                                        300 Delaware Avenue, Suite 210
                                                                        Wilmington, DE 19801
                                                                        Telephone: (302) 295-5310
                                                                        Facsimile: (302) 654-7530
                                                                        Email: sdr@rl-legal.com
                                                                        Email: gms@rl-legal.com
                                                                        Email: hwm@rl-legal.com

                                                                        *Attorneys for Plaintiff*